**No. 57027.**—Paramount Import Co., Inc. *v.* United States, protest 151337–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of pear-shaped glass articles similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.

**No. 57028.**—Walco Bead Co., Inc. *v.* United States, protests 157583–K, 158943–K, and 161320–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of crystal ballotini the same in all material respects as that the subject of Abstract 56282, the claim of the plaintiff was sustained.